ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
ARTEMUS W. HAM, ESQ.
Nevada Bar No. 7001
AARON D. FORD, ESQ.
Nevada Bar No. 7704
**EGLET PRINCE**
400 S. 7th Street, 4th Floor
Las Vegas, NV 89101
Tel.: (702) 450-5400
Fax: (702) 450-5451
E-Mail   eservice@egletwall.com
*Attorney for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOHN and JANE DOE I, Guardians Ad Litem for JOANN DOE I, a minor, individually and on behalf of all those similarly situated, and JOHN and JANE DOE II, Guardians Ad Litem for JOANN DOE II, a minor, individually and on behalf of all those similarly situated;<br><br>    Plaintiffs,<br><br>vs.<br><br>JEREMIAH MAZO; CLARK COUNTY SCHOOL DISTRICT; DOES 1 though 20; DOE 1 through 20; ROE CORPORATIONS 1 through 20.<br><br>    Defendants. | CASE No.: 2:16-cv-00239-APG-PAL<br><br>**STIPULATION AND ORDER FOR CCSD TO PRODUCE NAMES OF CCSD STUDENTS AND TO EXTEND DEADLINE FOR MOTION FOR CLASS CERTIFICATION** |

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for Plaintiffs and undersigned counsel for Clark County School District (hereinafter "CCSD") that CCSD shall produce the names and most current contact information for the parents of all CCSD students who contacted CCSD administration with allegations of inappropriate touching or physical contact by Jeremiah Mazo in 2015 or any time thereafter. It is further stipulated and agree that CCSD's production of the same is contingent upon an Order from the Court allowing the disclosure of information in accordance with FERPA guidelines and that Plaintiffs and CCSD have agreed to jointly petition the Court for such an Order within seven (7) days from the Court's approval of this Stipulation and Order.

*LV 420854811v1*

IT IS FURTHER HEREBY STIPULATED AND AGREED THAT upon receipt, of the information above, Plaintiffs shall dismiss all class action allegations with prejudice and shall agree not to file a Motion for Class Certification. In the event the above conditions as outlined above cannot be accomplished, for any reason whatsoever, Plaintiffs reserve the right to seek the names and contact information of the subject minor students via other procedural means.

IT IS FURTHER HEREBY STIPULATED AND AGREED that as a result of the foregoing, Plaintiffs' deadline of Wednesday, January 25, 2017 to file a Motion for Class Certification shall be extended and that should the conditions outlined above not be able to be satisfied for any reason whatsoever, Plaintiffs shall be permitted to file a Motion for Class Certification within fourteen (14) days from notification that the conditions herein cannot be satisfied and CCSD agrees not to object to the filing of the Motion, but may oppose the Motion at CCSD's discretion.

DATED this 25th day of January, 2017.

**EGLET PRINCE**

*/s/Artemus W. Ham*
**ROBERT T. EGLET, ESQ.**
Nevada Bar No. 3402
**ARTEMUS W. HAM, ESQ.**
Nevada Bar No. 7001
**AARON D. FORD, ESQ.**
Nevada Bar No. 7704
400 S. Seventh Street, Suite 400
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

DATED this 25th day of January, 2017.

**GREENBERG TRAURIG, LLP.**

*/s/Kara B. Hendricks*
**MARK E. FERRARIO, ESQ.**
Nevada Bar No. 1625
**KARA B. HENDRICKS, ESQ.**
Nevada Bar No. 7743
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
*Attorneys for Defendant Clark County School District*

**ORDER**

IT IS SO ORDERED.

Dated this **24th** day of January, 2017.

UNITED STATES MAGISTRATE JUDGE