ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
ARTEMUS W. HAM, ESQ.
Nevada Bar No. 7001
**EGLET PRINCE**
400 S. 7th Street, 4th Floor
Las Vegas, NV 89101
Tel.: (702) 450-5400
Fax: (702) 450-5451
E-Mail  eservice@egletwall.com
*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOHN and JANE DOE I, Guardians Ad Litem for JOANN DOE I, a minor, individually and on behalf of all those similarly situated, and JOHN and JANE DOE II, Guardians Ad Litem for JOANN DOE II, a minor, individually and on behalf of all those similarly situated;<br><br>    Plaintiffs,<br><br>vs.<br><br>JEREMIAH MAZO; CLARK COUNTY SCHOOL DISTRICT; DOES 1 though 20; DOE 1 through 20; ROE CORPORATIONS 1 through 20.<br><br>    Defendants. | CASE No.: 2:16-cv-00239-APG-PAL<br><br>**STIPULATION AND ORDER FOR CCSD TO PRODUCE NAMES AND MOST CURRENT CONTACT INFORMATION OF PARENTS PURSUANT TO FAMILY EDUCATION RIGHTS AND PRIVACY ACT ("FERPA"), 20 U.S.C. §1232G.** |

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for Plaintiffs and undersigned counsel for Clark County School District (hereinafter "CCSD") that CCSD shall produce the names and most current contact information of the parents or guardians of CCSD students who contacted CCSD administration with allegations of inappropriate touching or physical contact by Jeremiah Mazo in 2015 or any time thereafter

FURTHER HEREBY STIPULATED AND AGREED THAT the disclosure of such names will be subject to the Stipulated Confidentiality Agreement and Protective Order entered in this matter on September 28, 2016 as parent's identities and other information to individuals

*LV 420870200v2*

or entities who are not involved in this case may be protected by the Family Education Rights and Privacy Act ("FERPA"), 20 U.S.C. §1232g.

IT IS FURTHER HEREBY STIPULATED AND AGREED that CCSD shall have **30 days** from the date of this order to produce the above information, so as to allow CCSD time to provide notice to the affected individuals and an opportunity to object to the disclosure of their personal identifiable information.

IT IS FURTHER HEREBY STIPULATED AND AGREED that if any individual objects to the disclosure of their personal information, that individual shall file an appropriate document with the court within 10 days of receipt of notice of this Order. The Court will then make a determination regarding the validity of the objection and whether such information will be disclosed at its earliest convenience.

DATED this 1st day of March, 2017.

**EGLET PRINCE**

/s/Artemus W. Ham
**ROBERT T. EGLET, ESQ.**
Nevada Bar No. 3402
**ARTEMUS W. HAM, ESQ.**
Nevada Bar No. 7001
400 S. 7th Street, 4th Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

DATED this 1st day of March, 2017.

**GREENBERG TRAURIG, LLP.**

/s/Kara B. Hendricks
**MARK E. FERRARIO, ESQ.**
Nevada Bar No. 1625
**KARA B. HENDRICKS, ESQ.**
Nevada Bar No. 7743
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
*Attorneys for Defendant Clark County School District*

**ORDER**

IT IS SO ORDERED.

Dated this 6th day of March, 2017.

UNITED STATES MAGISTRATE JUDGE