ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
ARTEMUS W. HAM, ESQ.
Nevada Bar No. 7001
RICHARD K. HY, ESQ.
Nevada Bar No. 12406
**EGLET PRINCE**
400 S. 7th Street, 4th Floor
Las Vegas, NV 89101
Tel.: (702) 450-5400
Fax: (702) 450-5451
E-Mail   eservice@egletwall.com
*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOHN and JANE DOE I, Guardians Ad Litem for JOANN DOE I, a minor, individually and on behalf of all those similarly situated, and JOHN and JANE DOE II, Guardians Ad Litem for JOANN DOE II, a minor, individually and on behalf of all those similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>JEREMIAH MAZO; CLARK COUNTY SCHOOL DISTRICT; NEVADA STATE EDUCATION ASSOCIATION; CLARK COUNTY EDUCATION ASSOCIATION; DOES 1 though 20; DOE 1 through 20; ROE CORPORATIONS 1 through 20.<br><br>Defendants. | CASE No.: 2:16-cv-00239-APG-PAL<br><br>**STIPULATION AND ORDER FOR AN EXTENSION FOR PLAINTIFFS' TO FILE THEIR OPPOSITION TO DEFENDANTS NSEA AND CCEA'S MOTION TO DISMISS** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs, JOHN and JANE DOE I, Guardians Ad Litem for JOANN DOE I, and JOHN and JANE DOE II, Guardians Ad Litem for JOANN DOE II, and Defendants NEVADA STATE EDUCATION ASSOCIATION (NSEA) and CLARK COUNTY EDUCATION ASSOCIATION (CCEA), by and through the parties' respective counsel, and pending the Court's approval, the date for Plaintiffs to file their opposition to Defendants' Motion to Dismiss Plaintiffs' Complaint be extended from April 18, 2017 to April 25, 2017.

The purpose of requesting this extension is due to the recent Easter and Spring Break holidays and the complexities of the legal issues raised in Defendants' Motion.

In light of these issues, pending the Court's approval, counsel for Defendants NSEA and CCEA has graciously agreed to a one-week extension, through and until April 25, 2017, for Plaintiffs to file an Opposition to Defendants' Motion to Dismiss the Complaint in this matter. This is the first extension requested in connection with the underlying motion and Plaintiffs do not anticipate requesting another extension. Plaintiffs understand the need to complete the briefing of this Motion. Therefore, Plaintiffs respectfully requests that this Court approve the foregoing stipulation.

DATED this 18th day of April, 2017.

**EGLET PRINCE**

/s/Artemus W. Ham
ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
ARTEMUS W. HAM, ESQ.
Nevada Bar No. 7001
RICHARD K. HY, ESQ.
Nevada Bar No. 7704
400 S. 7th Street, 4th Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

DATED this 18th day of April, 2017.

**DYER, LAWRENCE, FLAHERTY, DONALDSON & PRUNTY**

/s/Casey A. Gillham
FRANCIS C. FLAHERTY, ESQ.
Nevada Bar No. 5303
CASEY A. GILLHAM, ESQ.
Nevada Bar No. 11971
2805 Mountain Street
Las Vegas, Nevada 89703
*Attorneys for NSEA and CCEA*

**ORDER**

**IT IS SO ORDERED.**

Dated this 19th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE

2