ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
ARTEMUS W. HAM, ESQ.
Nevada Bar No. 7001
RICHARD K. HY, ESQ.
Nevada Bar No. 12406
**EGLET PRINCE**
400 South Seventh St., Ste. 400
Las Vegas, NV 89101
Ph.   (702) 450-5400
Fax   (702) 450-5451
E-Mail   eservice@egletwall.com
*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOHN and JANE DOE I, Guardians Ad Litem for JOANN DOE I, a minor, individually and on behalf of all those similarly situated, and JOHN and JANE DOE II, Guardians Ad Litem for JOANN DOE II, a minor, individually and on behalf of all those similarly situated;

    Plaintiffs,

vs.

JEREMIAH MAZO; CLARK COUNTY SCHOOL DISTRICT; NEVADA STATE EDUCATION ASSOCIATION; CLARK COUNTY EDUCATION ASSOCIATION; DOES 1 though 20; DOE 1 through 20; ROE CORPORATIONS 1 through 20.

    Defendants.

AND ALL RELATED CROSS-CLAIM

CASE NO. 2:16-cv-00239-APG-PAL

**STIPULATION AND ORDER TO DISMISS ALL RULE 23 CLASS ACTION ALLEGATIONS**

    IT IS HEREBY STIPULATED AND AGREED, by and between all parties hereto, that any and all Rule 23 class action claims as alleged in Plaintiffs' First Amended Class Action

Complaint against all named Defendants shall be hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs as it relates to such class action claims. This stipulation and order shall have no effect on any of the other claims as alleged in Plaintiffs' First Amended Complaint.

DATED this 19th day of May, 2017

/s/Artemus W. Ham
ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
ARTEMUS W. HAM, ESQ.
Nevada Bar No. 7001
RICHARD K. HY, ESQ.
Nevada Bar No. 12406
**EGLET PRINCE**
400 S. 7th Street, 4th Floor
Las Vegas, NV 89101
Tel.: (702) 450-5400
Fax: (702) 450-5451
E-Mail  eservice@egletwall.com
*Attorneys for Plaintiffs*

DATED this 19th day of May, 2017

/s/Kara B. Hendricks
MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
**GREENBERG TRAURIG, LLP**
3773 Howard Hughes Parkway, Ste. 400 North
Las Vegas, Nevada 89169
*Attorneys for Defendant Clark County School District*

DATED this 19th day of May, 2017

/s/Casey A. Gillham
FRANCIS C. FLAHERTY, ESQ.
Nevada Bar No. 5303
CASEY A. GILLHAM, ESQ.
Nevada Bar No. 11971
**DYER, LAWRENCE, FLAHERTY, DONALDSON & PRUNTY**
600 South Eighth Street
Las Vegas, Nevada 89101
*Attorneys for Nevada State Education Association and Clark County Education Association*

DATED this 19th day of May, 2017

/s/John G. George
JOHN G. GEORGE, ESQ.
Nevada Bar No. 12380
600 South Eighth Street
Las Vegas, Nevada 89101
*Attorney for Jeremiah Mazo*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: 5/19/2017

2