ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
ARTEMUS W. HAM, ESQ.
Nevada Bar No. 7001
RICHARD K. HY, ESQ.
Nevada Bar No. 12406
**EGLET PRINCE**
400 South Seventh St., Ste. 400
Las Vegas, NV 89101
Ph.	(702) 450-5400
Fax	(702) 450-5451
E-Mail	eservice@egletwall.com
*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN and JANE DOE I, Guardians Ad Litem for JOANN DOE I, a minor, individually and on behalf of all those similarly situated, and JOHN and JANE DOE II, Guardians Ad Litem for JOANN DOE II, a minor, individually and on behalf of all those similarly situated;<br><br>  Plaintiffs,<br><br>vs.<br><br>JEREMIAH MAZO; CLARK COUNTY SCHOOL DISTRICT; NEVADA STATE EDUCATION ASSOCIATION; CLARK COUNTY EDUCATION ASSOCIATION; DOES 1 though 20; DOE 1 through 20; ROE CORPORATIONS 1 through 20.<br><br>  Defendants.<br><br>AND ALL RELATED CROSS-CLAIM | CASE NO. 2:16-cv-00239-APG-PAL<br><br>**STIPULATION AND ORDER TO DISMISS NEVADA STATE EDUCATION ASSOCIATION AND CLARK COUNTY EDUCATION ASSOCIATION** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants NEVADA STATE EDUCATION ASSOCIATION and CLARK COUNTY EDUCATION ASSOCIATION (collectively hereinafter the "Teachers' Unions"), by and

through their respective counsel of record, that any and all claims against the Teachers' Unions in the above-entitled matter be hereby DISMISSED WITHOUT PREJUDICE, with each party to bear their own costs, attorneys' fees, and expenses. In accordance with this Stipulation, the Teachers' Unions hereby withdraw their Joint Motion to Dismiss Plaintiffs' Complaint (ECF No. 47) and request that this Court take no additional action related to the pending Motion, Opposition, and Reply in Support thereof.

IT IS SO STIPULATED.

DATED this 30th day of August, 2017

/s/Artemus W. Ham, Esq.
ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
ARTEMUS W. HAM, ESQ.
Nevada Bar No. 7001
RICHARD K. HY, ESQ.
Nevada Bar No. 12406
**EGLET PRINCE**
400 S. 7th Street, 4th Floor
Las Vegas, NV 89101
Tel.: (702) 450-5400
Fax: (702) 450-5451
E-Mail  eservice@egletwall.com
*Attorneys for Plaintiffs*

DATED this 30th day of August, 2017

/s/Francis C. Flaherty, Esq.
FRANCIS C. FLAHERTY, ESQ.
Nevada Bar No. 5303
CASEY A. GILLHAM, ESQ.
Nevada Bar No. 11971
**DYER, LAWRENCE, FLAHERTY, DONALDSON & PRUNTY**
600 South Eighth Street
Las Vegas, Nevada 89101
*Attorneys for Nevada State Education Association and Clark County Education Association*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 8/31/2017

2