MARK E. FERRARIO
Nevada Bar No. 1625
ferrariom@gtlaw.com
KARA B. HENDRICKS
Nevada Bar No. 7743
hendricksk@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Fax:         (702) 792-9002

*Counsel for Defendant
Clark County School District*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN and JANE DOE I, Guardians Ad Litem for JOANN DOE I, a minor, individually and on behalf of all those similarly situated, and JOHN and JANE DOE II, Guardians Ad Litem for JOANN DOE II, a minor, individually and on behalf of all those similarly situated;<br><br>                Plaintiffs,<br><br>vs.<br><br>JEREMIAH MAZO; CLARK COUNTY SCHOOL DISTRICT; DOES 1 through 20; DOE 1 through 20; ROE CORPORATIONS 1 through 20;<br><br>                Defendants. | Case No. 2:16-cv-00239-APG-PAL<br><br><br>**[PROPOSED] AMENDED STIPULATION AND ORDER TO CONTINUE DISCOVERY**<br><br>**(Second Request)** |

The parties have reached an agreement to attend mediation and to delay the limited remaining depositions in this case until after the mediation has taken place. In light of this agreement, Plaintiffs, JOHN and JANE DOE I, GUARDIANS AD LITEM FOR JOANN DOE I, A MINOR AND JOHN AND JANE DOE II, GUARDIANS AD LITEM FOR JOANN DOE II, A MINOR (collectively, "Plaintiffs"), Defendant CLARK COUNTY SCHOOL DISTRICT ("CCSD")

- 1 -

Greenberg Traurig, LLP
3773 Howard Hughes Parkway - Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

and Defendant JEREMIAH MAZO, by and through their respective counsel of record, hereby jointly submit this proposed amended stipulation extending certain case deadlines for the approval of the Court.[1]

## STIPULATION

Pursuant to Local Rule 6-1, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, CCSD, and Jeremiah Mazo that the current deadlines be extended in the above referenced matter.

The current deadlines are as follows:

| | |
|---|---|
| Discovery Cut-Off Date: | January 29, 2018 |
| Dispositive Motions: | February 28, 2018 |
| Proposed Joint Pretrial Order: | March 28, 2018 or 30 days after the Court rules on any dispositive motions. |

### I.     Background

This case was filed on February 5, 2016, alleging abuse of students by a former CCSD teacher, Jeremiah Mazo, and bringing claims under Title IX against CCSD and state tort claims against all defendants. (Doc. 1). Plaintiffs filed a First Amended Class Action Complaint on March 1, 2017. (Doc. 39). CCSD filed its Answer to the First Amended Class Action Complaint on March 16, 2017, and asserted cross-claims against Defendant Mr. Mazo. (Doc. 43). Mr. Mazo filed an Answer to the Plaintiffs' First Amended Class Action Complaint on June 2, 2017 and his answer to CCSD's Cross-Claims on July 6, 2017 (Doc. Nos. 61, 67).

### II.     Discovery Completed

**Plaintiffs have served Defendant Clark County School District with the following discovery to date:**

1.     Plaintiffs' Early Case Conference List of Documents and Witnesses Pursuant to FRCP 26(F) served 10/10/2016;

---

[1] The Parties submitted a stipulation to the Court in this regard on December 28, 2017 (Doc. 72) and are submitting this amendment due to the scheduling of the mediation for March 29, 2018 and basing the proposed new deadlines on the same.

LV 421064659v1

Greenberg Traurig, LLP
3773 Howard Hughes Parkway - Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

Greenberg Traurig, LLP
3773 Howard Hughes Parkway - Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

2.  Plaintiffs John and Jane Doe I, Guardians ad Litem for Joann Doe I, and John and Jane Doe II, Guardians ad Litem for Joann Doe II's First set of Request of Production of Documents served 10/27/16;

3.  Plaintiffs' First Supplement to Early Case Conference List of Documents and Witnesses Pursuant to FRCP 26(F) served 12/14/2016;

4.  Plaintiff Jane Doe I as Guardian ad Litem for Joann Doe I's Responses to Clark County School District's First set of Interrogatories served 12/14/2016;

5.  Plaintiff Joann Doe I's Responses to Clark County School District's First set of Interrogatories served 12/14/2016;

6.  Plaintiff John Doe I as Guardian ad Litem for Joann Doe I's Responses to Clark County School District's First set of Interrogatories served 12/14/2016;

7.  Plaintiffs John and Jane Doe I as Guardians ad Litem for Joann Doe I's Responses to Clark County School District's First set of Request for Production of Documents served 12/14/2016;

8.  Plaintiff Jane Doe II as Guardian ad Litem for Joann Doe II's Responses to Clark County School District's First set of Interrogatories served 12/14/2016;

9.  Plaintiff Joann Doe II's Responses to Clark County School District's First set of Interrogatories served 12/14/2016;

10. Plaintiff John Doe II as Guardian ad Litem for Joann Doe II's Responses to Clark County School District's First set of Interrogatories served 12/14/2016;

11. Plaintiffs John and Jane Doe II as Guardians ad Litem for Joann Doe II's Responses to Clark County School District's First set of Request for Production of Documents served 12/14/2016;

12. Plaintiffs John and Jane Doe I, Guardians ad Litem for Joann Doe I, and John and Jane Doe II, Guardians ad Litem for Joann Doe II's Second set of Requests for Production of Documents served 01/18/2017;

13. Plaintiff Jane Doe I, as Guardian ad Litem for Joann Doe I, a minor's First set of Requests for Admission served 01/18/2017;

14. Plaintiff Jane Doe I, as Guardian ad Litem for Joann Doe I, a minor's First set of Interrogatories served 01/18/2017;

15. Plaintiff John Doe I, as Guardian ad Litem for Joann Doe I, a minor's First set of Interrogatories served 01/18/2017;

16. Plaintiff John Doe I, as Guardian ad Litem for Joann Doe I, a minor's First set of Requests for Admission served 01/18/2017;

17. Plaintiffs John and Jane Doe I, Guardians ad Litem for Joann Doe I, and John and Jane Doe II, Guardians ad Litem for Joann Doe II's Third set of Requests for Production of Documents served 01/20/2017;

18. Plaintiff John Doe I, as Guardian ad Litem for Joann Doe I, a minor's Second set of Interrogatories served 01/23/2017;

19. Plaintiffs' Second Supplement to Early Case Conference List of Documents and Witnesses Pursuant to FRCP 26(F) served 02/10/17;

20. Plaintiff Joann Doe II's Supplemental Responses to CCSD's First set of Interrogatories served on 03/01/17;

21. Plaintiff Joann Doe I's Supplemental Responses to CCSD's First set of Interrogatories served on 03/01/17;

22. Plaintiffs' Third Supplement to Early Case Conference List of Documents and Witnesses Pursuant to FRCP 26(F) served 05/31/17;

23. Plaintiffs' Fourth Supplement to Early Case Conference List of Documents and Witnesses Pursuant to FRCP 26(F) served 07/07/17;

24. Plaintiff John Doe I, as Guardian ad Litem for Joann Doe I, a Minor's Third Set of Interrogatories to CCSD served 07/11/17;

25. Plaintiff John Doe I, as Guardian ad Litem for Joann Doe I, a Minor's Fourth Set of Interrogatories to CCSD served 08/22/17;

26. Plaintiffs' Fifth Supplement to Early Case Conference List of Documents and Witnesses Pursuant to FRCP 26(F) served 10/11/17;

27. Plaintiffs' Expert Designation Pursuant to FRCP 26(A)(2) served 10/13/17.

Greenberg Traurig, LLP
3773 Howard Hughes Parkway - Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

**Defendant Clark County School District has served Plaintiffs with the following discovery to date:**

1. CCSD's Initial Disclosures served 10/05/2016;

2. CCSD's First set of Interrogatories to Plaintiff Jane Doe I, as Guardian ad Litem for Joann Doe I served 11/14/2016;

3. CCSD's First set of Interrogatories to Plaintiff Joann Doe I served 11/14/2016;

4. CCSD's First set of Interrogatories to Plaintiff John Doe I, as Guardian ad Litem for Joann Doe I served 11/14/2016;

5. CCSD's First set of Requests for Production of Documents to Plaintiffs John and Jane Doe I, as Guardians ad Litem for Joann Doe I served 11/14/2016;

6. CCSD's First set of Interrogatories to Plaintiff Jane Doe II, as Guardian ad Litem for Joann Doe II served 11/14/2016;

7. CCSD's First set of Interrogatories to Plaintiff Joann Doe II served 11/14/2016;

8. CCSD's First set of Interrogatories to Plaintiff John Doe II, as Guardian ad Litem for Joann Doe II served 11/14/2016;

9. CCSD's First set of Requests for Production of Documents to Plaintiffs John and Jane Doe II, as Guardians ad Litem for Joann Doe II served 11/14/2016;

10. CCSD's Responses to Plaintiffs' First set of Requests for Production of Documents to the Clark County School District served 12/01/2016;

11. CCSD's First Supplemental Disclosures served 12/01/2016;

12. CCSD's Second Supplemental Disclosures served 02/17/17;

13. CCSD's Third Supplemental Disclosures served 02/24/17;

14. CCSD's Responses to Plaintiff John Doe I, as Guardian ad Litem for Joann Doe I, a Minor's First Set of Requests for Admission to CCSD served 02/24/17;

15. CCSD's Responses to Plaintiff Jane Doe I, as Guardian ad Litem for Joann Doe I, a Minor's First Set of Requests for Admission to CCSD served 02/24/17;

16. CCSD's Responses to Plaintiff John Doe I, as Guardian ad Litem for Joann Doe I, a Minor's First set of Interrogatories to CCSD served 02/27/17;

Greenberg Traurig, LLP
3773 Howard Hughes Parkway - Suite 400 North
Las Vegas, Nevada 89169
(702) 792.3773
(702) 792-9002 (fax)

17. CCSD's Responses to Plaintiff Jane Doe I, as Guardian ad Litem for Joann Doe I, a Minor's First set of Interrogatories to CCSD served 02/27/17;

18. CCSD's Responses to Plaintiff John Doe I, as Guardian ad Litem for Joann Doe I, a Minor's Second set of Interrogatories to CCSD served 03/10/17;

19. CCSD's Fourth Supplemental Disclosures Pursuant to FRCP 26(a)(1) and Pursuant to March 6, 2017 Order served 04/05/17;

20. CCSD's Responses to Plaintiff John Doe I, as Guardian ad Litem for Joann Doe I, a Minor's Third set of Interrogatories to CCSD served 07/24/17;

21. CCSD's Fourth Supplemental Disclosures served 08/21/17;

22. CCSD's Responses to Plaintiff Jon Doe I, as Guardian ad Litem for Joann Doe I, a Minor's Fourth set of Interrogatories to CCSD served 09/21/17;

23. CCSD's Sixth Supplemental Disclosures served 09/01/2017;

24. CCSD's Seventh Supplemental Disclosures served 10/13/17;

25. CCSD's Expert Witness Disclosures served 10/13/17.

**The following depositions have been completed to date:**

1. Ulandra Barnett

2. Ivy Burns

3. Sylvia Glass

4. Jennifer Mattiello

5. Nestor Mattiello

6. Jon Okazaki

7. Julia Pettit

8. Kristopher Pettit

9. Christine Prosen

10. Darrin Puana

11. Billie Rayford

**III.     Discovery That Remains to be Completed**

1. Deposition of Defendant Jeremy Mazo;

2.      Depositions of Plaintiffs Joann Doe I and Joann Doe II;[2] and

3.      Expert Depositions.

**IV.    Basis for Extension**

The parties request this extension to allow the depositions of Joann Doe I, Joann Doe II, Jeremy Mazo, and the parties' expert witnesses to take place after a mediation, which the parties have scheduled for March 29, 2018 with Bongiovi Dispute Resolutions, LLC. The parties have diligently engaged in discovery and believe that allowing these final depositions to take place following the mediation will further mediation discussions. Accordingly, the parties request an extension to allow for the foregoing outstanding discovery to be completed after the anticipated completion of mediation which is scheduled for March 29, 2018 as detailed below.

**V.     Proposed Modification**

Based on the foregoing, the parties jointly seek a modification of the current deadlines as follows:

1.      **Current Deadlines:**

| | |
|---|---|
| **Discovery Cut-Off Date:** | **January 29, 2018** |
| **Dispositive Motions:** | **February 28, 2018** |
| **Proposed Joint Pretrial Order:** | **March 28, 2018 or 30 days after the Court rules on any dispositive motions.** |

2.      **Proposed Deadlines:**

| | |
|---|---|
| **Discovery Cut-Off Date:** | **May 29, 2018** |
| **Dispositive Motions:** | **June 28, 2018** |
| **Proposed Joint Pretrial Order:** | **July 31, 2018 or 30 days after the Court rules on any dispositive motions.** |

/ / /

/ / /

---

[2] Defendants have expressed a desire to conduct the depositions of Joann Doe I and Joann Doe II, who are both minors. Plaintiffs hereby reserve the right to object to such depositions from going forward.

*LV 421064659v1*

Greenberg Traurig, LLP
3773 Howard Hughes Parkway - Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

1   3.    This request is made in good faith and not for the purposes of delay.

2   **IT IS SO STIPULATED.**

3   Dated this 22nd day of February, 2018.        Dated this 22nd day of February, 2018.

4   **GREENBERG TRAURIG, LLP**                    **EGLET PRINCE**

5   /s/ Kara B. Hendricks                         /s/ Artemus W. Ham
6   MARK E. FERRARIO, ESQ. (NV BAR 1625)          ROBERT T. EGLET, ESQ. (NV BAR 3402)
    KARA B. HENDRICKS, ESQ. (NV BAR 7743)         ARTEMUS W. HAM, ESQ. (NV BAR 7001)
7   3773 Howard Hughes Parkway                    AARON D. FORD, ESQ. (NV BAR 7704)
8   Suite 400 North                               400 S. 7th Street, 4th Floor
    Las Vegas, Nevada 89169                       Las Vegas, Nevada 89101
9   *Attorneys for Defendant Clark County*        *Attorneys for Plaintiffs*
    *School District*
10

11  Dated this 22nd day of February, 2018.        Dated this 22nd day of February, 2018.
12
    **HALL JAFFE & CLAYTON, LLP**                 **JOHN G. GEORGE, ESQ.**
13
    /s/ Michelle R. Schwarz                       /s/ John G. George
14  STEVEN T. JAFFE, ESQ. (NV BAR 7035)           JOHN G. GEORGE, ESQ. (NV BAR 12380)
15  MICHELLE R. SCHWARZ, ESQ. (NV BAR 5127)       732 South Sixth Street, Suite 100
    7425 Peak Drive                               Las Vegas, Nevada 89101
16  Las Vegas, Nevada 89128                       *Counsel for Defendant Jeremiah Mazo*
    *Attorneys for Defendant Clark County*
17  *School District*

18

19

20                              **ORDER**

21  **IT IS HEREBY ORDERED.**

22  DATED this 23rd day of February, 2018.

23

24  _____
    **UNITED STATES MAGISTRATE JUDGE**
25

26

27

28

                              - 8 -

LV 421064659v1