MARK E. FERRARIO
Nevada Bar No. 1625
ferrariom@gtlaw.com
KARA B. HENDRICKS
Nevada Bar No. 7743
hendricksk@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Fax: (702) 792-9002

*Counsel for Defendant*
*Clark County School District*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| JOHN and JANE DOE I, Guardians Ad Litem for JOANN DOE I, a minor, individually and on behalf of all those similarly situated, and JOHN and JANE DOE II, Guardians Ad Litem for JOANN DOE II, a minor, individually and on behalf of all those similarly situated;<br><br>        Plaintiffs,<br><br>vs.<br><br>JEREMIAH MAZO; CLARK COUNTY SCHOOL DISTRICT; DOES 1 through 20; DOE 1 through 20; ROE CORPORATIONS 1 through 20;<br><br>        Defendants. | Case No. 2:16-cv-00239-APG-PAL<br><br>**[PROPOSED] STIPULATION AND ORDER TO WITHDRAW MOTION FOR ORDER SHORTENING TIME (Doc. 79); ALLOWING PLAINTIFFS' MOTION FOR PROTECTIVE ORDER (Doc. 78) TO BE BRIEFED AND HEARD IN NORMAL COURSE; AND VACATING MAY 24, 2018 HEARING**<br><br>**(First Request)** |

Plaintiffs, JOHN and JANE DOE I, GUARDIANS AD LITEM FOR JOANN DOE I, A MINOR AND JOHN AND JANE DOE II, GUARDIANS AD LITEM FOR JOANN DOE II, A MINOR (collectively, "Plaintiffs"), and Defendant CLARK COUNTY SCHOOL DISTRICT ("CCSD"), by and through their respective counsel of record, hereby jointly submit this stipulation by which Plaintiffs' agree to withdraw their Motion for an Order Shortening Time for Hearing on Plaintiffs' Motion of for Protective Order (Doc. 79) and CCSD agrees not to proceed with the depositions noticed for May 29, 2018 until such time as this Court is able to fully review and

- 1 -

consider the issues raised in Plaintiff's Motion for Protective (Doc. 78) which the parties agree can be briefed and heard in normal course.

WHEREAS Plaintiffs filed a Motion for Protective Order (Doc. 78) relating to certain depositions noticed for May 29, 2018 and also filed a Motion for Order Shortening Time for a Hearing on Plaintiffs' Motion of for Protective Order (Doc. 79);

WHEREAS CCSD will voluntarily agree not to proceed with the depositions noticed for May 29, 2018 until the Court is able to fully review and consider the issues raised in Plaintiffs' Motion for Protective Order as well as the response that CCSD intends to file;

WHEREAS the parties have additional deposition scheduled in this matter in the short term and due to the importance of the issue at hand believe briefing in the normal course is in the best interest of all parties;

WHEREAS during the course of the parties agreeing to the terms of the foregoing this Court issued a minute order on May 18, 2018 scheduling a hearing for May 24, 2018 (Doc. 80) which is a date on which deposition is scheduled in this matter;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, and CCSD that:

1.  Plaintiffs' will withdraw their Motion for an Order Shortening Time for Hearing on Plaintiffs' Motion of for Protective Order (Doc. 79);

2.  CCSD will not proceed with the depositions noticed for May 29, 2018 until such time as this Court is able to fully review and consider the issues raised in Plaintiff's Motion for Protective (Doc. 78); and

3.  That the briefing related to Plaintiff's Motion for Protective (Doc. 78) will proceed in the normal course pursuant to the Federal Rules of Civil Procedure and applicable Local Rules.

/ /

/ /

- 2 -

Greenberg Traurig, LLP
3773 Howard Hughes Parkway - Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

4. It is further agreed that the May 24, 2018 hearing scheduled pursuant to the minute order issued on May 18, 2018 (Doc. 80) is hereby vacated with a new hearing to be set by the Court following the full briefing of the Motion for Protective Order.

**IT IS SO STIPULATED.**

Dated this 18th day of May, 2018.

**GREENBERG TRAURIG, LLP**

*/s/ Kara B. Hendricks*

MARK E. FERRARIO, ESQ. (NV BAR 1625)
KARA B. HENDRICKS, ESQ. (NV BAR 7743)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
*Attorneys for Defendant Clark County School District*

**-and-**

**HALL JAFFE & CLAYTON, LLP**
STEVEN T. JAFFE, ESQ. (NV BAR 7035)
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant Clark County School District*

Dated this 18th day of May, 2018.

**EGLET PRINCE**

*/s/ Artemus W. Ham*

ROBERT T. EGLET, ESQ. (NV BAR 3402)
ARTEMUS W. HAM, ESQ. (NV BAR 7001)
AARON D. FORD, ESQ. (NV BAR 7704)
400 S. 7th Street, 4th Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

<u>**ORDER**</u>

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Order Shortening Time (ECF No. 79) is **WITHDRAWN**.

2. The Motion for Protective Order (ECF No. 78) currently set for May 24, 2018, at 11:00 a.m., is **VACATED** and **CONTINUED** to <u>June 19, 2018, at 10:00 a.m. in Courtroom 3B.</u>

DATED this 22nd day of May, 2018.

_____
**UNITED STATES MAGISTRATE JUDGE**

- 3 -

Greenberg Traurig, LLP
3773 Howard Hughes Parkway - Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)