MARK E. FERRARIO
Nevada Bar No. 1625
ferrariom@gtlaw.com
KARA B. HENDRICKS
Nevada Bar No. 7743
hendricksk@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Fax: (702) 792-9002

*Counsel for Defendant*
*Clark County School District*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN and JANE DOE I, Guardians Ad Litem for JOANN DOE I, a minor, individually and on behalf of all those similarly situated, and JOHN and JANE DOE II, Guardians Ad Litem for JOANN DOE II, a minor, individually and on behalf of all those similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>JEREMIAH MAZO; CLARK COUNTY SCHOOL DISTRICT; DOES 1 through 20; DOE 1 through 20; ROE CORPORATIONS 1 through 20;<br><br>Defendants. | Case No. 2:16-cv-00239-APG-PAL<br><br><br>**[PROPOSED] STIPULATION AND ORDER TO EXTEND STAY OF CASE FOR 60 DAYS** |

WHEREAS on June 13, 2018 this Court entered an order after receiving a stipulation from the parties extending the discovery deadlines and staying this matter for 60 days to facilitate settlement discussions (Doc. #88);

WHEREAS the parties are continuing to negotiate a settlement in good have and have agreed to delay the taking of the limited remaining depositions in this case to help facilitate settlement discussions and reserve resources;

- 1 -

Greenberg Traurig, LLP
3773 Howard Hughes Parkway - Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

THEREFORE, in light of this agreement, Plaintiffs, JOHN and JANE DOE I, GUARDIANS AD LITEM FOR JOANN DOE I, A MINOR AND JOHN AND JANE DOE II, GUARDIANS AD LITEM FOR JOANN DOE II, A MINOR (collectively, "Plaintiffs"), Defendant CLARK COUNTY SCHOOL DISTRICT ("CCSD"), by and through their respective counsel of record, hereby jointly submit this proposed stipulation extending certain case deadlines for the approval of the Court.

## STIPULATION

Pursuant to Local Rule 6.1, the Parties hereby stipulate and agree that the case be stayed for an additional period of 30 days and the current discovery deadlines adjusted accordingly. The current deadlines are as follows:

| | |
|---|---|
| Discovery Cut-Off Date: | August 29, 2018 |
| Dispositive Motions: | September 28, 2018 |
| Proposed Joint Pretrial Order: | October 29, 2018 or 30 days after the Court rules on any dispositive motions. |

### I.    Background

This case was filed on February 5, 2016, alleging abuse of students by a former CCSD teacher, Jeremiah Mazo, and bringing claims under Title IX against CCSD and state tort claims against all defendants. (Doc. 1). Plaintiffs filed a First Amended Class Action Complaint on March 1, 2017. (Doc. 39). CCSD filed its Answer to the First Amended Class Action Complaint on March 16, 2017, and asserted cross-claims against Defendant Mr. Mazo. (Doc. 43). Mr. Mazo filed an Answer to the Plaintiffs' First Amended Class Action Complaint on June 2, 2017 and his answer to CCSD's Cross-Claims on July 6, 2017 (Doc. Nos. 61, 67).

### II.    Discovery Completed

**Plaintiffs have served Defendant Clark County School District with the following discovery to date:**

1.    Plaintiffs' Early Case Conference List of Documents and Witnesses Pursuant to

- 2 -

Greenberg Traurig, LLP
3773 Howard Hughes Parkway - Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

FRCP 26(F) served 10/10/2016;

2.  Plaintiffs John and Jane Doe I, Guardians ad Litem for Joann Doe I, and John and Jane Doe II, Guardians ad Litem for Joann Doe II's First set of Request of Production of Documents served 10/27/16;

3.  Plaintiffs' First Supplement to Early Case Conference List of Documents and Witnesses Pursuant to FRCP 26(F) served 12/14/2016;

4.  Plaintiff Jane Doe I as Guardian ad Litem for Joann Doe I's Responses to Clark County School District's First set of Interrogatories served 12/14/2016;

5.  Plaintiff Joann Doe I's Responses to Clark County School District's First set of Interrogatories served 12/14/2016;

6.  Plaintiff John Doe I as Guardian ad Litem for Joann Doe I's Responses to Clark County School District's First set of Interrogatories served 12/14/2016;

7.  Plaintiffs John and Jane Doe I as Guardians ad Litem for Joann Doe I's Responses to Clark County School District's First set of Request for Production of Documents served 12/14/2016;

8.  Plaintiff Jane Doe II as Guardian ad Litem for Joann Doe II's Responses to Clark County School District's First set of Interrogatories served 12/14/2016;

9.  Plaintiff Joann Doe II's Responses to Clark County School District's First set of Interrogatories served 12/14/2016;

10. Plaintiff John Doe II as Guardian ad Litem for Joann Doe II's Responses to Clark County School District's First set of Interrogatories served 12/14/2016;

11. Plaintiffs John and Jane Doe II as Guardians ad Litem for Joann Doe II's Responses to Clark County School District's First set of Request for Production of Documents served 12/14/2016;

12. Plaintiffs John and Jane Doe I, Guardians ad Litem for Joann Doe I, and John and Jane Doe II, Guardians ad Litem for Joann Doe II's Second set of Requests for Production of Documents served 01/18/2017;

Greenberg Traurig, LLP
3773 Howard Hughes Parkway - Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

13. Plaintiff Jane Doe I, as Guardian ad Litem for Joann Doe I, a minor's First set of Requests for Admission served 01/18/2017;

14. Plaintiff Jane Doe I, as Guardian ad Litem for Joann Doe I, a minor's First set of Interrogatories served 01/18/2017;

15. Plaintiff John Doe I, as Guardian ad Litem for Joann Doe I, a minor's First set of Interrogatories served 01/18/2017;

16. Plaintiff John Doe I, as Guardian ad Litem for Joann Doe I, a minor's First set of Requests for Admission served 01/18/2017;

17. Plaintiffs John and Jane Doe I, Guardians ad Litem for Joann Doe I, and John and Jane Doe II, Guardians ad Litem for Joann Doe II's Third set of Requests for Production of Documents served 01/20/2017;

18. Plaintiff John Doe I, as Guardian ad Litem for Joann Doe I, a minor's Second set of Interrogatories served 01/23/2017;

19. Plaintiffs' Second Supplement to Early Case Conference List of Documents and Witnesses Pursuant to FRCP 26(F) served 02/10/17;

20. Plaintiff Joann Doe II's Supplemental Responses to CCSD's First set of Interrogatories served on 03/01/17;

21. Plaintiff Joann Doe I's Supplemental Responses to CCSD's First set of Interrogatories served on 03/01/17;

22. Plaintiffs' Third Supplement to Early Case Conference List of Documents and Witnesses Pursuant to FRCP 26(F) served 05/31/17;

23. Plaintiffs' Fourth Supplement to Early Case Conference List of Documents and Witnesses Pursuant to FRCP 26(F) served 07/07/17;

24. Plaintiff John Doe I, as Guardian ad Litem for Joann Doe I, a Minor's Third Set of Interrogatories to CCSD served 07/11/17;

25. Plaintiff John Doe I, as Guardian ad Litem for Joann Doe I, a Minor's Fourth Set of Interrogatories to CCSD served 08/22/17;

Greenberg Traurig, LLP
3773 Howard Hughes Parkway - Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

26. Plaintiffs' Fifth Supplement to Early Case Conference List of Documents and Witnesses Pursuant to FRCP 26(F) served 10/11/17;

27. Plaintiffs' Expert Designation Pursuant to FRCP 26(A)(2) served 10/13/17.

**Defendant Clark County School District has served Plaintiffs with the following discovery to date:**

1. CCSD's Initial Disclosures served 10/05/2016;

2. CCSD's First set of Interrogatories to Plaintiff Jane Doe I, as Guardian ad Litem for Joann Doe I served 11/14/2016;

3. CCSD's First set of Interrogatories to Plaintiff Joann Doe I served 11/14/2016;

4. CCSD's First set of Interrogatories to Plaintiff John Doe I, as Guardian ad Litem for Joann Doe I served 11/14/2016;

5. CCSD's First set of Requests for Production of Documents to Plaintiffs John and Jane Doe I, as Guardians ad Litem for Joann Doe I served 11/14/2016;

6. CCSD's First set of Interrogatories to Plaintiff Jane Doe II, as Guardian ad Litem for Joann Doe II served 11/14/2016;

7. CCSD's First set of Interrogatories to Plaintiff Joann Doe II served 11/14/2016;

8. CCSD's First set of Interrogatories to Plaintiff John Doe II, as Guardian ad Litem for Joann Doe II served 11/14/2016;

9. CCSD's First set of Requests for Production of Documents to Plaintiffs John and Jane Doe II, as Guardians ad Litem for Joann Doe II served 11/14/2016;

10. CCSD's Responses to Plaintiffs' First set of Requests for Production of Documents to the Clark County School District served 12/01/2016;

11. CCSD's First Supplemental Disclosures served 12/01/2016;

12. CCSD's Second Supplemental Disclosures served 02/17/17;

13. CCSD's Third Supplemental Disclosures served 02/24/17;

14. CCSD's Responses to Plaintiff John Doe I, as Guardian ad Litem for Joann Doe I, a Minor's First Set of Requests for Admission to CCSD served 02/24/17;

Greenberg Traurig, LLP
3773 Howard Hughes Parkway - Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

15.  CCSD's Responses to Plaintiff Jane Doe I, as Guardian ad Litem for Joann Doe I, a Minor's First Set of Requests for Admission to CCSD served 02/24/17;

16.  CCSD's Responses to Plaintiff John Doe I, as Guardian ad Litem for Joann Doe I, a Minor's First set of Interrogatories to CCSD served 02/27/17;

17.  CCSD's Responses to Plaintiff Jane Doe I, as Guardian ad Litem for Joann Doe I, a Minor's First set of Interrogatories to CCSD served 02/27/17;

18.  CCSD's Responses to Plaintiff John Doe I, as Guardian ad Litem for Joann Doe I, a Minor's Second set of Interrogatories to CCSD served 03/10/17;

19.  CCSD's Fourth Supplemental Disclosures Pursuant to FRCP 26(a)(1) and Pursuant to March 6, 2017 Order served 04/05/17;

20.  CCSD's Responses to Plaintiff John Doe I, as Guardian ad Litem for Joann Doe I, a Minor's Third set of Interrogatories to CCSD served 07/24/17;

21.  CCSD's Fourth Supplemental Disclosures served 08/21/17;

22.  CCSD's Responses to Plaintiff Jon Doe I, as Guardian ad Litem for Joann Doe I, a Minor's Fourth set of Interrogatories to CCSD served 09/21/17;

23.  CCSD's Sixth Supplemental Disclosures served 09/01/2017;

24.  CCSD's Seventh Supplemental Disclosures served 10/13/17;

25.  CCSD's Expert Witness Disclosures served 10/13/17.

**The following depositions have been completed to date:**

1.  Ulandra Barnett

2.  Ivy Burns

3.  Sylvia Glass

4.  Jennifer Mattiello

5.  Nestor Mattiello

6.  Jon Okazaki

7.  Julia Pettit

8.  Kristopher Pettit

9.      Christine Prosen

10.     Darrin Puana

11.     Billie Rayford

12.     Joann Lippert

**III.     Discovery That Remains to be Completed**

1.      Depositions of Plaintiffs Joann Doe I and Joann Doe II;[1] and

2.      Certain Expert Depositions[2]

**IV.     Basis for Extension**

The parties are continuing to negotiate a settlement in good faith and request this stay and extension of discovery to allow the depositions of Joann Doe I, Joann Doe II (subject to Motion for Protective Order), and certain of the parties' expert witnesses to take place should settlement negotiations come to an impasse. The parties have diligently engaged in discovery and want to avoid incurring any additional expense at this time.  Accordingly, the parties request an additional 60 day stay of this matter and request an extension to allow for the foregoing outstanding discovery to be completed 60 days from the current deadlines as detailed below.

**V.     Proposed Modification**

Based on the foregoing, the parties jointly seek a modification of the current deadlines as follows:

1.      **Current Deadlines:**
        **Discovery Cut-Off Date:**                          **August 29, 2018**

        **Dispositive Motions:**                             **September 28, 2018**

        **Proposed Joint Pretrial Order:**                   **October 29, 2018 or 30 days
                                                             after the Court rules on any
                                                             dispositive motions.**

[1] The ability for such deposition to go forward is the subject of Plaintiff's Motion for Protective Order (Doc. No. 78).
[2] Defendants have taken the deposition of Plaintiffs' expert Joann Lippert.  The parties scheduled the depositions of experts Terrence Clauretie, Edward Dragan, Peter Loehr and Brett Sokolow for the latter part of June, but agree to continue such depositions to allow for settlement discussions.

Greenberg Traurig, LLP
3773 Howard Hughes Parkway - Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

Greenberg Traurig, LLP
3773 Howard Hughes Parkway - Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

1  **2.**     **Proposed Deadlines:**

2          **Discovery Cut-Off Date:**               **October 29, 2018**

3          **Dispositive Motions:**                   **November 28, 2018**

4          **Proposed Joint Pretrial Order:**        **December 28, 2018 or 30 days**
                                                      **after the Court rules on any**
5                                                     **dispositive motions.**

6

       **3.**     **This request is made in good faith and not for the purposes of delay.**
7
          **IT IS SO STIPULATED.**
8

9  Dated this 7th day of August, 2018.          Dated this 7th day of August, 2018.

10 **GREENBERG TRAURIG, LLP**                    **EGLET PRINCE**

11 */s/ Kara B. Hendricks*                       */s/ Artemus W. Ham*
   MARK E. FERRARIO, ESQ. (NV BAR 1625)          ROBERT T. EGLET, ESQ. (NV BAR 3402)
12 KARA B. HENDRICKS, ESQ. (NV BAR 7743)         ARTEMUS W. HAM, ESQ. (NV BAR 7001)
   3773 Howard Hughes Parkway                    AARON D. FORD, ESQ. (NV BAR 7704)
13 Suite 400 North                               400 S. 7th Street, 4th Floor
   Las Vegas, Nevada 89169                       Las Vegas, Nevada 89101
14 *Attorneys for Defendant Clark County*        *Attorneys for Plaintiffs*
   *School District*
15

16 **-and-**

17 **HALL JAFFE & CLAYTON, LLP**
   STEVEN T. JAFFE, ESQ. (NV BAR 7035)
18 7425 Peak Drive
   Las Vegas, Nevada 89128
19 *Attorneys for Defendant Clark County*
   *School District*

20                              **ORDER**

21   **IT IS HEREBY ORDERED.**

22   **IT IS FURTHER ORDERED** that no further extensions will be allowed.

23   **IT IS FURTHER ORDERED** that the hearing on the Motion for Protective Order (ECF No. 78)

24 is set for 9:30 a.m., September 25, 2018.

25   DATED this 23rd day of August, 2018.

26                                    _____

27                                    **UNITED STATES MAGISTRATE JUDGE**

28                                              - 8 -