ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
ROBERT M. ADAMS, ESQ.
Nevada Bar No. 6551
ARTEMUS W. HAM, ESQ.
Nevada Bar No. 7001
**EGLET PRINCE**
400 South Seventh St., Ste. 400
Las Vegas, NV 89101
Ph. (702) 450-5400
Fax (702) 450-5451
E-Mail: eservice@egletlaw.com
*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN and JANE DOE I, Guardians Ad Litem for JOANN DOE I, a minor, individually and on behalf of all those similarly situated, and JOHN and JANE DOE II, Guardians Ad Litem for JOANN DOE II, a minor, individually and on behalf of all those similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>JEREMIAH MAZO; CLARK COUNTY SCHOOL DISTRICT; DOES 1 though 20; DOE 1 through 20; ROE CORPORATIONS 1 through 20.<br><br>Defendants.<br><br>AND ALL RELATED CROSS-CLAIM | CASE NO. 2:16-cv-00239-APG-PAL<br><br>**<u>NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER</u>**<br><br>**HEARING DATE: SEPTEMBER 25, 2018 @ 9:30 AM** |

PLEASE TAKE NOTICE that Plaintiffs JOHN and JANE DOE I, Guardians Ad Litem for JOANN DOE I, a minor, and JOHN and JANE DOE II, Guardians Ad Litem for JOANN DOE II, a minor (hereinafter "Plaintiffs") hereby withdraws its Motion for Protective Order, which Plaintiffs previously filed with this Court on May 17, 218 (Docket Number 78). Plaintiffs

request that the hearing on the motion scheduled for September 25, 2018 be vacated.

DATED this 20th day of September, 2018

*/s/Artemus W. Ham, Esq.*
ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
ROBERT M. ADAMS, ESQ.
Nevada Bar No. 6551
ARTEMUS W. HAM, ESQ.
Nevada Bar No. 7001
**EGLET PRINCE**
400 S. 7th Street, 4th Floor
Las Vegas, NV 89101
Tel.: (702) 450-5400
Fax: (702) 450-5451
E-Mail   eservice@egletlaw.com
*Attorneys for Plaintiffs*

**IT IS ORDERED** that plaintiffs having withdrawn their Motion for Protective Order, the hearing set for September 25, 2018 is VACATED.

Dated: September 21, 2018

_____
Peggy A. Leen
United States Magistrate Judge

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 20<u>th</u> day of September, 2018, I did cause a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER** to be filed and served on all parties via the United States District Court – District of Nevada's CM/ECF filing system.

                              *<u>/s/Crystal Garcia</u>*
                              An Employee of Eglet Prince