# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DOE I, et al., | Case No.: 2:16-cv-00239-APG-PAL |
| Plaintiffs | **Order for Proposed Joint Pretrial Order** |
| v. | |
| JEREMIAH MAZO, et al., | |
| Defendants | |

The proposed joint pretrial order was due December 28, 2018. ECF No. 90. The remaining parties did not file a proposed joint pretrial order.

IT IS THEREFORE ORDERED that on or before January 31, 2019, the parties shall file a proposed joint pretrial order or papers dismissing the remaining parties. The failure to do so may result in sanctions, including dismissal of the case.

DATED this 3rd day of January, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE