# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DOE I, et al., | Case No.: 2:16-cv-00239-APG-PAL |
| Plaintiffs | **Order Closing Case** |
| v. | |
| JEREMIAH MAZO, et al., | |
| Defendants | |

I previously directed the parties to file a status report regarding the remaining claims in the case. ECF No. 96. In response, the plaintiffs dismissed their claims against defendant Jeremiah Mazo, and the plaintiffs and Mazo agreed the case could be closed. ECF No. 98. The cross-claims of defendant Clark County School District against defendant Jeremiah Mazo were not addressed. I understand the lack of response to mean that these claims also have been resolved and the entire case can be closed.

IT IS THEREFORE ORDERED that the clerk of court is instructed to close this case.

DATED this 6th day of February, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE